NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1263

MICRON TECHNOLOGY, INC.,

Plaintiff/Counterclaim Defendant-
Appellee,

and

MICRON ELECTRONICS, INC.
and MICRON SEMICONDUCTOR PRODUCTS, INC.,

Counterclaim Defendants-
Appellees,

v.

RAMBUS INC.,

Defendant/Counterclaimant-
Appellant.

Appeal from the United States District Court for the District of Delaware
in case no. 00-CV-792, Judge Sue L. Robinson.

- - - - - - - - - - - - - - - - - - - - - -

2009-1299, -1347

HYNIX SEMICONDUCTOR INC.,
HYNIX SEMICONDUCTOR AMERICA INC., HYNIX SEMICONDUCTOR U.K. LTD.,
and HYNIX SEMICONDUCTOR DEUTSCHLAND GMBH,

Plaintiffs-Appellants,

v.

RAMBUS INC.,

Defendant-Cross Appellant.

Appeals from the United States District Court for the Northern District of California in
case no. 00-CV-20905, Senior Judge Ronald M. Whyte.

ON MOTION

ORDER

Samsung Electronics Co., Ltd. moves to withdraw its brief amicus curiae in 2009-1299, Hynix Semiconductor v. Rambus.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

FEB 25 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   Matthew D. Powers, Esq.
      Robert E. Freitas, Esq.
      Carter G. Phillips, Esq.
      Walter Dellinger, Esq.
      Michael J. Schaengold, Esq.
s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 25 2010

JAN HORBALY
CLERK

2009-1263, 2009-1299 et al.        2